FILED
 2011 Feb-01 PM 03:28
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| LESTER CARPENTER REED, | ) |
| Plaintiff, | ) |
| v. | ) 5:10- CV-2629-IPJ-JEO |
| WARDEN BILLY MITCHEM, et al., | ) |
| Defendants. | ) |

## ORDER

The magistrate judge filed a report and recommendation on January 3, 2011, recommending that the plaintiff's claims that he was denied equal protection and due process against Warden Mitchem, Deputy Warden Patrick, Capt. Tully, Lt. Brock and Sgt. Fox be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  The magistrate judge further recommended that the plaintiff's claim of cruel and unusual punishment against Lt. Brock, and the complaint against Warden Mitchem that he is not allowed to receive "publications of tax forms and their instructions from the publisher," be referred to the undersigned magistrate judge for further proceedings.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action except the plaintiff's claim of cruel and unusual punishment against Lt. Brock , and the complaint against Warden Mitchem that he is not allowed to receive "publications of tax forms and their instructions

from the publisher" are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  It is further ORDERED that the  claims are REFERRED to the magistrate judge for further proceedings.

DATED this 1st day of February 2011.

*[signature]*

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE